# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Arther Clabon, dba Vets and Company ) ASBCA No. 60840
)
Under Contract No. W912HQ-16-P-0030 )

APPEARANCE FOR THE APPELLANT: Mr. Charles R. Hudson IV
Chief Operations Officer

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Sean P. Galvin, Esq.
Engineer Trial Attorney
Humphreys Engineer Center Support Activity
Alexandria, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 January 2017

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60840, Appeal of Arther Clabon, dba Vets and Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals